# EXHIBIT A

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

MARIE C. RACINE,

    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.
_____/

GENERAL JURISDICTION DIVISION

CASE NO.:

## COMPLAINT FOR MONEY DAMAGES AND DEMAND FOR TRIAL BY JURY

**COMES NOW** the Plaintiff, MARIE C. RACINE ("Plaintiff"), by and through the undersigned counsel, and sues the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation ("STATE FARM"), and as grounds therefore would state:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of Fifteen Thousand ($15,000.00) Dollars.

2. At all times material hereto, the Plaintiff, MARIE C. RACINE, was and is a resident of Broward County, Florida and a holder of a policy of insurance with Defendant STATE FARM containing uninsured/underinsured motorist benefits.

3. At all times material hereto, the Defendant, STATE FARM was and is a foreign corporation authorized to do business and in fact doing business in Broward County, Florida.

4. On or about January 11, 2013, Plaintiff was travelling in a 2000 Toyota motor vehicle bearing license plate number X01WPH upon the streets and roadways of Broward County, at or near NW 47th Avenue & State Road 838.

5. On the aforementioned date, Paul Raimondo was operating a 1994 Nissan motor vehicle bearing license plate number K073QU upon the streets and roadways of Broward County, was negligently operating same, and negligently failed to maintain and/or control his vehicle so as to cause a violent collision with Plaintiff's vehicle. As a direct and proximate result of Paul Raimondo's negligence Plaintiff sustained grievous bodily injuries.

6. At the time of the accident, Paul Raimondo was an uninsured and or underinsured driver and did not have bodily injury insurance sufficient to cover Plaintiff for her injuries. At the time of the accident, Plaintiff was entitled to uninsured/underinsured motorist coverage with Defendant STATE FARM. Defendant STATE FARM has failed to tender the full benefit of said policy of insurance to Plaintiff.

## COUNT I
## UM CLAIM AGAINST STATE FARM

7. Plaintiff restates and re-alleges, Paragraphs 1 through 6, as if fully set forth herein and in addition would states:

8. At all times material hereto, the Defendant, STATE FARM, provided uninsured/underinsured motorist coverage under Claim Number 59-2C38-086 to which Plaintiff is entitled to benefits. The Plaintiff does not have a copy of the policy to attach, but STATE FARM is in possession of the original policy.

9.	At all times material hereto, the above described insurance policy was in full force and effect at the time of this accident and provided benefits that would inure to the Plaintiff.

10.	At all times material hereto, the Plaintiff, is legally entitled to the above insurance benefits for the injuries sustained that were caused by the negligence of Paul Raimondo, pursuant to the policy and/or Florida law.

11.	At all times material hereto, the Plaintiff, is legally entitled to the subject uninsured benefits under the STATE FARM policy pursuant to the policy and/or Florida law.

12.	At all times material hereto, the Plaintiff, has satisfied and complied with all conditions precedent necessary to entitle her to recovery under the said policy of insurance as set forth by the subject insurance policy and/or Florida law.

13.	At all times material hereto, the Plaintiff, has demanded of the Defendant, STATE FARM, the uninsured motorist benefits under said policy; however, the Defendant, STATE FARM, has failed to pay and continues to withhold from Plaintiff the full value of uninsured motorist benefits to which the Plaintiff is legally entitled, to pursuant to the policy and/or Florida law.

14.	At all times material, the Defendant, STATE FARM has breached its duty to Plaintiff by failing and refusing to timely pay the full value of the uninsured/underinsured motorist benefits as requested by the Plaintiff.

**WHEREFORE,** Plaintiff demands judgment for damages against the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, according to law together with interest, attorneys' fees and costs and trial by jury of all issues triable as of right by jury.

## COUNT II
## BAD FAITH AGAINST STATE FARM

15. Plaintiff restates and re-alleges, Paragraphs 1 through 6, as if fully set forth herein and in addition would states:

16. At all times material hereto, Plaintiff was insured by Defendant, STATE FARM.

17. At all times material hereto, the Plaintiff, has demanded of the Defendant, STATE FARM, under said policy, damages for the injuries herein complained of, however, the Defendant, STATE FARM, has failed to pay and continues to withhold from Plaintiff, the full value of benefits to which the Plaintiff is legally entitled to pursuant to the policy and/or Florida law.

18. At all times material, the Defendant, STATE FARM has breached its duty to the Plaintiff by failing and refusing to timely pay the full value of the benefits, in bad faith, as requested by the Plaintiff, when Plaintiff has a right to the full value of the benefits of said insurance policy.

**WHEREFORE,** Plaintiff demands judgment for damages against the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, according to law together with interest, attorney's fees, and costs, and such other or further relief the Court deems just and proper under the premises.

## DEMAND FOR JURY TRIAL

Plaintiff, in accordance with Rule 1.430, Florida Rules of Civil Procedure, requests a jury trial of all issues so triable.

JERMAINE O'NEILL THOMPSON, P.A.
*Attorney for Plaintiff*
2400 N. University Dr., Ste. 209
Pembroke Pines, Florida 33024
Telephone:     (954) 437-4657
Facsimile:      (954) 437-4686

BY: /s/ Jermaine Thompson
_____
Jermaine Thompson, Esq.
Florida Bar No.: 0010913

–5–

# EXHIBIT B

*16-000157507*

**JEFF ATWATER**
STATE OF FLORIDA

| | |
|---|---|
| MARIE C. RACINE, | **CASE #:** CACE-16-016671 |
| | **COURT:** CIRCUIT COURT |
| PLAINTIFF(S) | **COUNTY:** BROWARD |
| | **DFS-SOP #:** 16-000157507 |
| VS. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | |
| DEFENDANT(S) | |

SUMMONS, COMPLAINT FOR MONEY DAMAGES AND DEMAND FOR TRIAL BY JURY

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by PROCESS SERVER on Thursday, October 6, 2016 and a copy was forwarded by ELECTRONIC DELIVERY on Tuesday, October 11, 2016 to the designated agent for the named entity as shown below.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
LYNETTE COLEMAN
1201 HAYS STREET
TALLAHASSEE FL 32301

*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent fillings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080

Jeff Atwater
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

JERMAINE O THOMPSON
SUITE 209
2400 N. UNIVERSITY DRIVE
PEMBROKE PINES FL 33024

SKT

# EXHIBIT C

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

### I. CASE STYLE

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u> COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Marie C. Racine</u>
Plaintiff
         vs.
<u>State Farm Mutual Automobile Insurance Company</u>
Defendant

### II. TYPE OF CASE

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☒ Auto negligence
- ☐ Negligence – other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability – commercial
    - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure $0 - $50,000
    - ☐ Commercial foreclosure $50,001 - $249,999
    - ☐ Commercial foreclosure $250,000 or more
    - ☐ Homestead residential foreclosure $0 – 50,000
    - ☐ Homestead residential foreclosure $50,001 - $249,999
    - ☐ Homestead residential foreclosure $250,000 or more
    - ☐ Non-homestead residential foreclosure $0 - $50,000
    - ☐ Non-homestead residential foreclosure $50,001 - $249,999
    - ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more
- ☐ Professional malpractice
    - ☐ Malpractice – business
    - ☐ Malpractice – medical
    - ☐ Malpractice – other professional
- ☐ Other
    - ☐ Antitrust/Trade Regulation
    - ☐ Business Transaction
    - ☐ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☐ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation

*** FILED: BROWARD COUNTY, FL HOWARD FORMAN, CLERK 9/7/2016 6:26:32 PM.****

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐  No ☒

**III.  REMEDIES SOUGHT** (check all that apply):
  ☒ Monetary;
  ☐ Non-monetary
  ☐ Non-monetary declaratory or injunctive relief;
  ☐ Punitive

**IV.  NUMBER OF CAUSES OF ACTION: (   )**
(Specify)

2

**V.  IS THIS CASE A CLASS ACTION LAWSUIT?**
  ☐ Yes
  ☒ No

**VI.  HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
  ☒ No
  ☐ Yes – If "yes" list all related cases by name, case number and court:

**VII.  IS JURY TRIAL DEMANDED IN COMPLAINT?**
  ☒ Yes
  ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature  s/ Jermaine O Thompson     FL Bar No.:  10913
       Attorney or party                                              (Bar number, if attorney)

    Jermaine O Thompson         09/07/2016
       (Type or print name)                                              Date

NOT OFFICIAL COPY

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

MARIE C. RACINE,

        Plaintiff,                               GENERAL JURISDICTION DIVISION

vs.

                                                CASE NO.: CACE-16-016671

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
                                                SUMMONS

        Defendant.
_____/

**THE STATE OF FLORIDA:**

**TO EACH SHERIFF OF SAID STATE:**

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint in this action on defendant:

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

**BY SERVING:**        Registered Agent:     Chief Financial Officer
                                                     200 E. Gaines Street
                                                     Tallahassee, FL 32399

Each defendant is required to serve written defenses to the Complaint on plaintiff's attorney, to wit:

**Jermaine O. Thompson, Esq.**
**Jermaine O'Neill Thompson, P.A.**
**2400 N. University Dr., Ste. 209**
**Pembroke Pines, FL 33024**
**Telephone: (954) 437-4657**

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint.

DATED ON   OCT 04 2016  _____

                                                        Clerk of said Court

                                                        By:_____

(Court Seal)                                         as Deputy Clerk

**HOWARD C. FORMAN**

*** FILED: BROWARD COUNTY, FL HOWARD FORMAN, CLERK 9/20/2016 1:13:17 PM.****

## VERIFIED RETURN OF SERVICE

State of Florida      County of BROWARD      Circuit Court

Case Number: CACE-16-16671

Plaintiff:
MARIE C. RACINE,

vs.

Defendant:
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

LRA2016010044

For:
Jermaine O. Thompson, Esq.
JERMAINE O'NEILL THOMPSON, P.A.
2400 N. University Dr
Ste. 209
Pembroke Pines, FL 33309

Received by L.R.I. (Process Services & Litigation Support) on the 5th day of October, 2016 at 2:53 pm to be served on STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY BY SERVING REGISTERED AGENT CHEIF FINANCIAL OFFICER, 200 E GAINES STREET, TALLAHASSEE, FL 32399.

I, Kole Kady, do hereby affirm that on the 6th day of October, 2016 at 2:21 pm, I:

served a CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE by delivering a true copy of the SUMMONS AND COMPLAINT FOR MONEY DAMAGES AND DEMAND FOR TRIAL BY JURY with the date and hour of service endorsed thereon by me, to: NICK WARD as WORD PROCESSOR authorized to accept service, of the within named corporation, at the address of: 200 E GAINES STREET, TALLAHASSEE, FL 32399 on behalf of STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 23, Sex: M, Race/Skin Color: WHITE, Height: 5'8", Weight: 145, Hair: RED, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.      "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

Kole Kady
225

L.R.I. (Process Services & Litigation Support)
1011 South Federal Hwy
Hollywood, FL 33020
(954) 944-3900

Our Job Serial Number: LRA-2016010044

*** FILED: BROWARD COUNTY, FL HOWARD FORMAN, CLERK 10/7/2016 6:18:27 PM.****

Filing # 46670911 E-Filed 09/20/2016 01:13:19 PM

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

MARIE C. RACINE,

        Plaintiff,                      GENERAL JURISDICTION DIVISION

vs.

                                           CASE NO.: CACE-16-016671

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                                           SUMMONS

        Defendant.
_____/

**THE STATE OF FLORIDA:**

**TO EACH SHERIFF OF SAID STATE:**

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint in this action on defendant:

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

    **BY SERVING:**    Registered Agent:    Chief Financial Officer
                                                                      200 E. Gaines Street
                                                                       Tallahassee, FL 32399

Each defendant is required to serve written defenses to the Complaint on plaintiff's attorney, to wit:

                                          **Jermaine O. Thompson, Esq.**
                                          **Jermaine O'Neill Thompson, P.A.**
                                          **2400 N. University Dr., Ste. 209**
                                          **Pembroke Pines, FL 33024**
                                          **Telephone: (954) 437-4657**

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint.

DATED ON   OCT 04 2016  

                                                      Clerk of said Court

                                                      By:_____
(Court Seal)                                                as Deputy Clerk

                                                                       HOWARD C. FORMAN

*** FILED: BROWARD COUNTY, FL HOWARD FORMAN, CLERK 9/20/2016 1:13:17 PM.****

## VERIFIED RETURN OF SERVICE

State of Florida        County of BROWARD        Circuit Court

Case Number: CACE-16-16671

LRA2016010044

Plaintiff:
**MARIE C. RACINE,**

vs.

Defendant:
**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**

For:
Jermaine O. Thompson, Esq.
JERMAINE O'NEILL THOMPSON, P.A.
2400 N. University Dr
Ste. 209
Pembroke Pines, FL 33309

Received by L.R.I. (Process Services & Litigation Support) on the **5th** day of **October, 2016** at **2:53 pm** to be served on **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY BY SERVING REGISTERED AGENT CHEIF FINANCIAL OFFICER, 200 E GAINES STREET, TALLAHASSEE, FL 32399.**

I, Kole Kady, do hereby affirm that on the **6th** day of **October, 2016** at **2:21 pm**, I:

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **SUMMONS AND COMPLAINT FOR MONEY DAMAGES AND DEMAND FOR TRIAL BY JURY** with the date and hour of service endorsed thereon by me, to: **NICK WARD** as **WORD PROCESSOR** authorized to accept service, of the within named corporation, at the address of: **200 E GAINES STREET, TALLAHASSEE, FL 32399** on behalf of **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 23, Sex: M, Race/Skin Color: WHITE, Height: 5'8", Weight: 145, Hair: RED, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

Kole Kady
225

L.R.I. (Process Services & Litigation Support)
1011 South Federal Hwy
Hollywood, FL 33020
(954) 944-3900

Our Job Serial Number: LRA-2016010044

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1i

*** FILED: BROWARD COUNTY, FL HOWARD FORMAN, CLERK 10/7/2016 3:20:31 PM.****

Filing # 46670911 E-Filed 09/20/2016 01:13:19 PM

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

MARIE C. RACINE,

        Plaintiff,　　　　　　　　　　　GENERAL JURISDICTION DIVISION

vs.　　　　　　　　　　　　　　　　　CASE NO.: CACE-16-016671

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.　　　　　　　　　　**SUMMONS**
_____/

**THE STATE OF FLORIDA:**

**TO EACH SHERIFF OF SAID STATE:**

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint in this action on defendant:

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

BY SERVING:　　Registered Agent:　　Chief Financial Officer
　　　　　　　　　　　　　　　　　　200 E. Gaines Street
　　　　　　　　　　　　　　　　　　Tallahassee, FL 32399

Each defendant is required to serve written defenses to the Complaint on plaintiff's attorney, to wit:

**Jermaine O. Thompson, Esq.**
**Jermaine O'Neill Thompson, P.A.**
**2400 N. University Dr., Ste. 209**
**Pembroke Pines, FL 33024**
**Telephone: (954) 437-4657**

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint.

DATED ON _____OCT 04 2016_____

Clerk of said Court

By:_____
　　as Deputy Clerk

(Court Seal)

**HOWARD C. FORMAN**

*** FILED: BROWARD COUNTY, FL HOWARD FORMAN, CLERK 9/20/2016 1:13:17 PM.****

Filing # 46670911 E-Filed 09/20/2016 01:13:19 PM

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

MARIE C. RACINE,

        Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.
_____/

GENERAL JURISDICTION DIVISION

CASE NO.: CACE-16-016671

**SUMMONS**

Received by _____
Kolo Kady #225 2nd Judicial Circuit
Certified Process Server
Server Initials _____
Served OCT 06 2016  Time: _____

THE STATE OF FLORIDA:

TO EACH SHERIFF OF SAID STATE:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint in this action on defendant:

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

BY SERVING:    Registered Agent:    Chief Financial Officer
                                                          200 E. Gaines Street
                                                          Tallahassee, FL 32399

Each defendant is required to serve written defenses to the Complaint on plaintiff's attorney, to wit:

Jermaine O. Thompson, Esq.
Jermaine O'Neill Thompson, P.A.
2400 N. University Dr., Ste. 209
Pembroke Pines, FL 33024
Telephone: (954) 437-4657

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint.

DATED ON    OCT 04 2016

(Court Seal)

Clerk of said Court

By: _____
        as Deputy Clerk

HOWARD C. FORMAN

RECEIVED AS STATUTORY REGISTERED AGENT on 06 October, 2016 and served on defendant or named party on 11 October, 2016 by the Florida Department of Financial Services

*** FILED: BROWARD COUNTY, FL HOWARD FORMAN, CLERK 9/20/2016 1:13:17 PM ****