UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case Number: **16-62577-CIV-MARTINEZ-GOODMAN**

MARIE C. RACINE,

    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO REMAND

THIS CAUSE came before the Court upon Plaintiff's Motion to Remand (D.E. No. 10) and Defendant's stipulation to the same (D.E. No. 13). After careful consideration, and in light of the parties' agreement that the amount in controversy is insufficient to invoke this Court's diversity jurisdiction, it is hereby **ORDERED AND ADJUDGED** that:

Plaintiff's unopposed Motion to Remand (D.E. No. 10) is **GRANTED**. The Clerk is **DIRECTED** to transfer this file back to the Clerk for the Seventeenth Judicial Circuit Court in and for Broward County, Florida. This case is **CLOSED**, and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of November, 2016.

                                                JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record